# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: **In re The Great Atlantic & Pacific Tea Company, Inc.**   Docket No.: **14-3349**

Lead Counsel of Record (name/firm) or Pro se Party (name): **Michael B. Slade / Kirkland & Ellis LLP**

Appearance for (party/designation): **The Great Atlantic & Pacific Tea Company, Inc. / Appellee**

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
    Party           Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [ ] Correct
- [✓] Incorrect or Incomplete, and should be amended as follows:

Name: **Michael B. Slade**
Firm: **KIRKLAND & ELLIS LLP**
Address: **300 North LaSalle, Chicago, IL 60654**
Telephone: **312-862-2000**       Fax: **312-862-2200**
Email: **mslade@kirkland.com**

## RELATED CASES

- [ ] This case has not been before this Court previously.
- [✓] This case has been before this Court previously. The short title, docket number, and citation are:
**In re The Great Atlantic & Pacific Tea Company, Inc., Docket No. 13-4540, Doc. No. 22, Mandate Issued on 3/25/2014**
- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on **12/06/2013** OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: *[signature]*
Type or Print Name: **Michael B. Slade**
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.